THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. MCMAHON, JR., as Substituted Receiver, etc., of MONTHLY INCOME SHARES, INC., and Others, Respondents, and EUGENE L. GAREY, Intervenor, Appellant.— Motion of intervenor for leave to appeal to the Court of ·Appeals and for a certificate of the Appellate Division, as provided by subdivision 4 of section 588 of the Civil Practice Act, and for certification of certain questions, denied. Present ·— Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MELVILLE, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ. In so far as the appellant asks for an order granting leave to appeal to the Court of Appeals, the notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Carswell. [See 259 App. Div. 921.]

IRENE J. ROBERTS, Respondent, v. ARTHUR HARDONCOURT, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

ISABELL ROSS, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

BARNET S. BOOKSTAVER, Respondent, v. JOHN DONOHUE, Appellant; NORMAN BECK, Defendant.— Appeal by one of two defendants in a foreclosure action from an order of the County Court of Suffolk County granting plaintiff's motion for summary judgment. Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. There are issues of fact to be tried by the court. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

REBECCA CANTOR, an Infant, by Her Guardian ad Litem, SADIE CANTOR, Respondent, v. OTTO M. RADIN, Appellant, and Others, Defendants.— Action against defendant Radin, another physician and a layman, to recover damages for personal injuries sustained by plaintiff through their negligence in treating her for the removal of superfluous hair from her face. Plaintiff upon the trial of the issues of fact was awarded a jury verdict against defendants assessing her damages. Upon that verdict judgment was not entered until after defendant Radin received a discharge in bankruptcy under the Bankruptcy Act as it existed before its amendment effective September 22, 1938. An order was made at Special Term denying defendant Radin's motion, made under section 150 of the Debtor and Creditor Law, to cancel and discharge that judgment as against him. From that order defendant Radin appeals. Order affirmed, with fifty dollars costs and disbursements; the examination of the appellant as judgment debtor in supplementary proceedings to proceed at a time and place to be fixed in the order to be entered hereon. No opinion. Lazansky, P. J., Hagarty, Carswell and Taylor, JJ., concur; Close, J., not voting. Settle order on notice.

WILLIAM A. COLWELL, Respondent, v. ADELPHI COLLEGE, a Corporation Organized under the Education Laws ·of the State of New York, Appellant.—

Order, as resettled, denying defendant's motion for summary judgment, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The affidavits present no triable issue. In our opinion, even if plaintiff acquired tenure under his contract of employment made in 1914, he lost it by accepting reappointment in 1938, and again in 1939, on an annual basis. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.